

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00585-CV

JAMIE ANN CURRY, Appellant

V.

TEXAS DEPARTMENT OF PUBLC SAFETY, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County.  (Tr. Ct. No. 1044653).

This case is an appeal from the final judgment signed by the trial court on June 5, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that the appellant, Jamie Ann Curry, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 4, 2015.

Panel consists of Justices Keyes, Bland, and Massengale. Opinion delivered by Justice Keyes.